**Exhibit 1 to Complaint**

| Claim 15 '148 Patent | DLx Tongue Jack (part no. 22210) |
|---|---|
| 15. A jack assembly for a towed vehicle, the jack assembly comprising: | |
| a first tube and having a cross-sectional shape; | First Tube |

| Claim 15 '148 Patent | DLx Tongue Jack (part no. 22210) |
|---|---|
| a second tube telescopingly engaged with said first tube; | Second Tube |
| telescoping mechanism operatively coupled with said first and second tubes, wherein said telescoping mechanism telescopingly positions said first tube relative to said second tube; and | |
| a first bushing having a generally corresponding shape as said cross-sectional shape of said first tube, wherein said first bushing is attached to said first tube and positioned between said first and second tubes such that said first and second tubes do not contact during telescoping of said first and second tubes. | First bushing |