# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HORIZON GLOBAL AMERICAS INC.,
    Plaintiff,

vs.

DUTTON-LAINSON COMPANY,
    Defendant.

Case No. 17-cv-11747

## Stipulation of Dismissal with Prejudice

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and as agreed to as part of their settlement of this case, the parties stipulate to dismissal of this entire action with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: January 3, 2018

| | |
|---|---|
| s/ *Matthew J. Cavanagh* | s/ *Matthew P. Becker* |
| David B. Cupar | Matthew P. Becker |
| Matthew J. Cavanagh | Jon O. Nelson |
| MCDONALD HOPKINS LLC | BANNER & WITCOFF, LTD. |
| 600 Superior Avenue, East | Ten South Wacker Drive |
| Suite 2100 | Suite 3000 |
| Cleveland, Ohio 44114 | Chicago, IL 60606-7407 |
| Phone: (216) 348-5400 | Phone: (312) 463-5000 |
| dcupar@mcdonaldhopkins.com | mbecker@bannerwitcoff.com |
| mcavanagh@mcdonaldhopkins.com | jnelson@bannerwitcoff.com |
| | |
| *Counsel for Horizon Global Americas Inc.* | *Counsel for Dutton-Lainson Company* |

{7152023: }

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this stipulation was filed on January 3, 2018 via the Court's ECF system, which under LR 5.1.1 constitutes service to all parties.

                               s/ *Matthew J. Cavanagh*
                               Matthew J. Cavanagh

                               *One of the attorneys for Plaintiff*