UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORIZON GLOBAL AMERICAS INC.,

    Plaintiff(s),

V.                                          CASE NO. 17-11747
                                                HON. LINDA V. PARKER

DUTTON-LAINSON COMPANY,

    Defendant(s).
    _____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Stipulation of Dismissal With Prejudice, on January 3, 2018;   Accordingly, the above-entitled action is DISMISSED WITH PREJUDICE.

                                        s/Linda V. Parker
                                        Linda V. Parker
                                        United States District Judge

Dated:  January 3, 2018